MARIE A. RINGLER, Individually, GEORGE F. TROMMER and Another, as Trustees of and under the Last Will and Testament of WILLIAM G. RINGLER, Deceased, Respondents, *v.* CHRISTIAN E. JETTER and Another, Appellants, and J. EDWARD JETTER and Others, Defendants, Individually and as Officers and Directors of GEORGE RINGLER & COMPANY, Impleaded with Another, Defendant.    (No. 2.)

First Department, November 2, 1923.

See headnote in *Ringler* v. *Jetter, No. 1 (ante, p. 478).*

APPEAL by the defendants, Christian E. Jetter and others, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 7th day of September, 1923, denying their motion to compel the plaintiffs to serve an amended complaint.

*Holley & Oxenberg [Myle J. Holley* of counsel], for the appellants.

*Phillips, Leibell & Fielding [Vincent L. Leibell* of counsel; *Paul F. Lorzer* with him on the brief], for the respondents.

PER CURIAM:

For the reasons stated in the opinion of Mr. Justice McAvoy in *Ringler* v. *Jetter, No. 1* (206 App. Div. 478), herewith handed down, the order herein appealed from should be reversed, with ten dollars costs and disbursements, and the motion granted to the extent of directing the service of an amended complaint omitting paragraphs 16, 17 and 30 and all conclusory matter of the nature pointed out herein.

Present — CLARKE, P. J., DOWLING, FINCH, McAVOY and MARTIN, JJ.

Order reversed, with ten dollars costs and disbursements, and motion granted to the extent indicated in opinion. Settle order on notice.